**UNITED STATES of America, Appellee,**

v.

**Bud THEUS, III, Appellant.**

**No. 06–3257.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 16, 2007.

Filed: Aug. 6, 2007.

John E. Haak, Assistant U.S. Attorney, Jan Leslie Holmgren, Assistant U.S. Attorney, Mark E. Salter, Assistant U.S. Attorney, U.S. Attorney's Office, District of South Dakota, Sioux Falls, SD, for Appellee.

Thomas W. Clayton, Sioux Falls, SD, for Appellant.

Bud Theus III, Leavenworth, KS, pro se.

Before WOLLMAN, BRIGHT, and JOHN R. GIBSON, Circuit Judges.

PER CURIAM.

A jury found Bud Theus, III guilty of conspiring to possess with intent to distribute five kilograms or more of a mixture and substance containing cocaine, in violation of 21 U.S.C. § 841(a)(1) and 846. Theus argues that the evidence was insufficient to convict him and that the district court[1] erred by failing to recognize that a variance between the conspiracy for which Theus was convicted and the one alleged in the indictment affected his substantial rights. Having considered the briefs, the record, and the district court's thorough memorandum opinion, we conclude that even if there was a variance, Theus's substantial rights were not affected and that sufficient evidence supports his conviction. Accordingly, Theus's arguments lack merit and do not warrant further discussion.

The judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.